```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF FLORIDA
       FORT MYERS DIVISION
```

KE BABCOCK HOLDINGS, LLC,

    Plaintiff,

v.                      Case No: 2:23-cv-470-JES-NPM

MICHAEL ROBINETTE and THE RANCH REALTY LLC,

    Defendants.

## ORDER

This matter comes before the Court on plaintiff's Notice of Voluntary Dismissal (Doc. #10) filed on October 24, 2023. No answer or motion for summary judgment has been filed by defendants.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** without prejudice. The Clerk shall terminate all previously scheduled deadlines and pending motions and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __24th__ day of October 2023.

/s/ John E. Steele
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Parties of record